**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MCEACHIN & GEE ATTORNEYS AT LAW LLP and FARMERS LAW GROUP OF CONNECTICUT LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>POGUST BRASLOW & MILLROOD LLC,<br><br>　　　　　Defendant. | Civil Case No. 2:13-cv-06177-JCJ<br><br>Hon. J. Curtis Joyner |

## **JOINT STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to the above-captioned action, by and through their undersigned counsel, stipulate and agree to the dismissal of this action in its entirety, including all of Plaintiffs' claims and Defendant's counterclaims, with prejudice.

DATED: September 16, 2014　　　　　　　　　Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP　　　　　　WYRICK ROBBINS YATES & PONTON LLP

By: __/s/ James D. Pagliaro__　　　　　　　　　By: __/s/ Lee M. Whitman__
　　James D. Pagliaro (PA ID No. 23701)　　　　Lee M. Whitman (admitted *pro hac vice*)
　　Zachary M. Johns (PA ID No. 313507)　　　Paul J. Puryear (admitted *pro hac vice*)
　　MORGAN, LEWIS & BOCKIUS LLP　　　　　WYRICK ROBBINS YATES & PONTON LLP
　　1701 Market Street　　　　　　　　　　　　4101 Lake Boone Trail, Suite 300
　　Philadelphia, PA  19103　　　　　　　　　　Raleigh, NC  27607
　　Telephone: 215.963.5000　　　　　　　　　　Telephone: 919.781.4000
　　Facsimile:  215.963.5001　　　　　　　　　　Facsimile:  919.781.4865
　　jpagliaro@morganlewis.com　　　　　　　　lwhitman@wyrick.com
　　zjohns@morganlewis.com　　　　　　　　　ppuryear@wyrick.com

　　*Counsel for Defendant*
　　*Pogust Braslow & Millrood LLC*

By:   /s/ Isaac A. Hof
     Jeffrey A. Lutsky (PA ID No. 36673)
     Isaac A. Hof (PA ID No. 314904)
     STRADLEY RONON STEVENS & YOUNG, LLP
     2005 Market Street, Suite 2600
     Philadelphia, PA  19103
     Telephone: 215.564.8000
     Facsimile:  215.564.8120
     jlutsky@stradley.com
     lhof@stradley.com

*Counsel for Plaintiffs McEachin & Gee Attorneys at Law LLP and Farmers Law Group of Connecticut LLC*